## IN THE MATTER OF THE CLIENT SECURITY FUND

711 S.W.2d 836

Supreme Court of Arkansas
Delivered July 14, 1986

PER CURIAM. The Honorable Dewain W. Hodge, of Waldron, Third Congressional District, is hereby appointed to our Committee on the Client Security Fund for a term expiring June 30, 1991.

The court expresses its gratitude to the Honorable Robert Cloar, of Fort Smith, for his faithful service as chairman of this committee.